## MORTON v. HOODLESS.

September 12, 1835.

### *Motion for judgment for want of an appearance.*

Judgment for want of an appearance will not be ordered where there is an affidavit of defence filed by the defendant in person, in due time for an appearance ; but an appearance will be directed to be docketed.

THIS was a summons in a case which was duly served on the defendant, who in person, filed an affidavit of defence before the return day of the writ, but marked no appearance on the docket, nor was there an appearance by attorney.

Mr *Fallon,* for the plaintiff, moved the court for a judgment for want of an appearance.

THE COURT refused the motion, and directed the defendant's appearance *in propria persona* to be marked on the docket by the prothonotary, as of the day on which the affidavit of defence was filed *nunc pro tunc.*